| | |
|---|---|
| 1 | JOHN C. FISH, Jr., Bar No. 160620 |
|   | jfish@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
|   | 650 California Street, 20th Floor |
| 3 | San Francisco, California 94108.2693 |
|   | Telephone:   415.433.1940 |
| 4 | Facsimile:    415.399.8490 |
| 5 | Attorneys for Defendant |
|   | THE DOW CHEMICAL COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY CARTER, an individual, | Case No. 3:13-cv-05007 MEJ |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND THE DOW CHEMICAL COMPANY'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| THE DOW CHEMICAL COMPANY, TIMEC COMPANY, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER TO EXTEND
THE DOW CHEMICAL COMPANY'S TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT

(Case No. 3:13-cv-05007 MEJ)

Plaintiff JEFFERY CARTER and Defendant THE DOW CHEMICAL COMPANY, through their respective counsel, hereby stipulate and agree as follows:

The time within which Defendant The Dow Chemical Company may respond to the Complaint is extended up by 15 days, up to and including November 19, 2013.

There have been no previous extensions of time for Dow in this matter, nor any previous requests for extensions from Dow.

This extension will not alter the date of any event or deadline already fixed by Court order.

Dated: November 4, 2013

*/s/ John C. Fish*
JOHN C. FISH, Jr.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
THE DOW CHEMICAL COMPANY

Dated: November 4, 2013

*/s/ Ralph C. Lee*
STEPHEN G. PONGRATZ, ESQ.
ETAN E. ROSEN, ESQ.
RALPH C. LEE, ESQ.
BEYER, PONGRATZ & ROSEN
Attorneys for Plaintiff
JEFFERY CARTER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: November __7__, 2013

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Firmwide:123989573.1 060921.1061

STIPULATION AND PROPOSED ORDER TO EXTEND
THE DOW CHEMICAL COMPANY'S TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT

1.

(Case No. 3:13-cv-05007 MEJ)