1  ROBERT L. ZALETEL, Bar No. 96262
   rzaletel@littler.com
2  LITTLER MENDELSON, P.C.
   650 California Street
3  20th Floor
   San Francisco, California  94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399.8490
5

6  TARUN MEHTA, Bar No. 262886
   tmehta@littler.com
7  LITTLER MENDELSON, P.C.
   Treat Towers
8  1255 Treat Boulevard, Suite 600
   Walnut Creek, California  94597
9  Telephone:    925.932.2468
   Facsimile:    925.946.9809
10

11 Attorneys for Defendant
   TIMEC COMPANY, INC.

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 | JEFFERY CARTER, an individual,                    | Case No.  C 13-05007 MEJ
16 |                Plaintiff,                          | **NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER**
17 |        v.                                          |
18 | THE DOW CHEMICAL COMPANY, TIMEC COMPANY, INC., and DOES 1 through 50, inclusive, |
19 |                                                    |
20 |                Defendants.                         |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

NOTICE OF SETTLEMENT                                              (Case No. C 13-05007 MEJ)

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that the parties to the above-referenced action have reached a confidential settlement of all claims.  A stipulation and request for dismissal shall be filed with the Court upon completion and execution of all settlement documents being prepared and finalized by the parties.  In the interim, the Defendants' current response date to the First Amended Complaint is November 19, 2013.  The parties agree that this date should now be continued for 60 days so that all settlement papers can be executed and a notice of dismissal filed prior to any response being filed to the First Amended Complaint.

Dated: November 13, 2013

            /s/ John C. Fish
            JOHN C. FISH, Jr.
            LITTLER MENDELSON, P.C.
            Attorneys for Defendant
            THE DOW CHEMICAL COMPANY

Dated: November 13, 2013

            /s/ Tarun Mehta
            ROBERT L. ZALETEL
            TARUN MEHTA
            LITTLER MENDELSON, P.C.
            Attorneys for Defendant
            TIMEC COMPANY, INC.

Dated: November 13, 2013

            /s/ Ralph C. Lee
            STEPHEN G. PONGRATZ, ESQ.
            ETAN E. ROSEN, ESQ.
            RALPH C. LEE, ESQ.
            BEYER, PONGRATZ & ROSEN
            Attorneys for Plaintiff
            JEFFERY CARTER

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

NOTICE OF SETTLEMENT      2.      (Case No. C 13-05007 MEJ)

1  Pursuant to the stipulation of the parties, IT IS SO ORDERED.

3  Dated: November __14__, 2013

_____
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James]*

Firmwide:124154263.1 060921.1061

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

NOTICE OF SETTLEMENT    3.    (Case No. C 13-05007 MEJ)